FILED'09 MAY 06 15:12USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LAVRENTI L. BASARGIN,

                                    Petitioner,

        v.                                          Civil No. 07-1803-TC

STATE OF OREGON,                                    O R D E R

                                    Respondent.

Magistrate Judge Coffin filed his Findings and Recommendation on April 10, 2009.
The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No
objections have been timely filed. This relieves me of my obligation to give the factual
findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.
1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).
Having reviewed the legal principles de novo, I find no error.

        THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and
Recommendation.

        Dated this _5_ day of May, 2009.

                                            _____
                                            Ann Aiken, United States District Judge

Order -- Page 1